| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| Southern District of Florida | |
| Case number (*If known*): _____ Chapter 15 | ☐ Check if this is an amended filing |

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**

PJSC PLATINUM BANK

**2. Debtor's unique identifier**

**For non-individual debtors:**
- ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
- ☐ Other 33308489 . Describe identifier Ukraine State Register .

**For individual debtors:**
- ☐ Social Security number: xxx – xx– ____ ____ ____ ____
- ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____
- ☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**

Victor Volodymyrovich Novikov

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Public joint stock company Platinum Bank pending before the Deposit Guarantee Fund

**5. Nature of the foreign proceeding**

*Check one:*
- ☑ Foreign main proceeding
- ☐ Foreign nonmain proceeding
- ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

- ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
- ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
- ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
  _____
  _____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

- ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
- ☑ Yes

Debtor  **PJSC PLATINUM BANK**
Name

Case number *(if known)*_____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Ukraine

**Debtor's registered office:**

12 Street M. Amosova
Number      Street

_____
P.O. Box

Kyiv                                                        03680
City           State/Province/Region     ZIP/Postal Code

Ukraine
Country

**Individual debtor's habitual residence:**

_____
Number      Street

_____
P.O. Box

_____
City           State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

17 Sichovykh Strltsiv
Number      Street

_____
P.O. Box

Kyiv                                                        04053
City           State/Province/Region     ZIP/Postal Code

Ukraine
Country

10. **Debtor's website** (URL)  _____

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

   ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other.  Specify: _____

☐ Individual

Debtor _____   Case number (*if known*)_____
         Name

**12. Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
the Foreign Representative needs to investigate the nature and extent of activities undertaken in this District related to the Debtor or to its assets.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ ___/s/_____       VIKTOR   NOVIKOV
Signature of foreign representative      Printed name

Executed on  03/20/2023
             MM / DD / YYYY

✗ ___/s/_____       VIKTOR   NOVIKOV
Signature of foreign representative      Printed name

Executed on  03/20/2023
             MM / DD / YYYY

**14. Signature of attorney**

✗ _____   Date  _____
Signature of Attorney for foreign representative        MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____
City                                          State        ZIP Code

_____       _____
Contact phone                          Email address

_____       _____
Bar number                             State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

Debtor  PJSC PLATINUM BANK
        Name                                                     Case number (if known)

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: the Foreign Representative needs to investigate the nature and extent of activities undertaken in this District related to the Debtor or to its assets.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____   _____
   Signature of foreign representative        Printed name

Executed on _____
             MM / DD / YYYY

✗ _____   _____
   Signature of foreign representative        Printed name

Executed on _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Leyza F. Blanco                    Date  02/21/2023
   Signature of Attorney for foreign representative    MM / DD / YYYY

Leyza F. Blanco, Esq.
Printed name

Sequor Law, P.A.
Firm name

1111 Brickell Avenue, Suite 1250
Number       Street

Miami                                    FL         33131
City                                     State      ZIP Code

(305) 372-8282                           lblanco@sequorlaw.com
Contact phone                            Email address

104639                                   FL
Bar number                               State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3