UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Chapter 15

PJSC PLATINUM BANK

Debtor in a Foreign Proceeding.                                    Case No.: _____
_____/

## CORPORATE OWNERSHIP STATEMENT

Victor Volodymyrovich Novikov, Foreign Representative of the Debtor in a foreign bankruptcy proceeding ("Foreign Representative") moves this Court for entry of an Order recognizing the foreign reorganization proceeding ("Ukraine Proceeding") of PJSC Bank Finance and Credit ("Debtor"), provides the following information in conformity with Federal Rule of Bankruptcy Procedure 1007(a)(4):

Each of the following entities owns 10% or more of the equity in the Debtor:

| | |
|---|---|
| PT Platinum Public Limited (incorporated and registered in Cyprus with registered number HE83115) | 100% of Debtor's issued share capital |

[*signature page follows*]

SEQUOR LAW, P.A.

Dated: March 29, 2023

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email:  lblanco@sequorlaw.com
            cherter@sequorlaw.com

By:  */s/ Leyza F. Blanco*
     Leyza F. Blanco, Esq.
     Florida Bar No.: 104639
     Caroline Herter, Esq.
     Florida Bar No.: 1035444

*Attorneys for Foreign Representative*